|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| LE'ANDRE JOHNSON, | Case No. 2:18-cv-00984-APG-GWF |
| Plaintiff | ORDER |
| v. | |
| CORRECT CARE SOLUTIONS et al., | |
| Defendants | |

**I.  DISCUSSION**

The Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 4) as moot because Plaintiff is no longer incarcerated. (*See* ECF No. 5). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.

Additionally, the Court denies Plaintiff's motion to explore medical records (ECF No. 7) as premature. Plaintiff may refile the motion during discovery. Moreover, the Court notes that this case is in line for screening and that the Court will issue a screening order in due course.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

IT IS FURTHER ORDERED that the motion to explore medical records (ECF No. 7) is denied as premature.

DATED THIS 22nd day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE